AO 455(Rev. 5/85) Waiver of Indictment



# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | **WAIVER OF INDICTMENT** |
| v. | |
| URIEL TORRES-GARCIA | CASE NUMBER: 08CR 2371-JM |

I, <u>URIEL TORRES-GARCIA</u>, the above named defendant, who is accused of the committing the following offense:

Title 8, U.S.C., Sec. 1326(a) - Deported Alien Found in the United States (Felony)

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on  7/17/08  prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

                         X U.T.G
                         Defendant

                         Counsel for Defendant

Before _____
      Judicial Officer